# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL DOCKET NO. 5:04mc8-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| ROBERT NEAL MCDOWELL | ) | |

**THIS MATTER** is before the Court upon its own motion for a continuance of the hearing scheduled for 8 August 2005 in the Statesville Division. The Court finds that good cause has been shown to continue this matter.

**IT IS, THEREFORE, ORDERED** that a continuance is **GRANTED** and the hearing is hereby continued from 8 August 2005 to <u>12 September 2005 at 2:00 P.M.</u> in the Statesville Division.

**Signed: July 28, 2005**

Richard L. Voorhees
United States District Judge